FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2011 JAN 19 AM 10: 20

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| SEAN MICHAEL GADDIS, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CV410-294 |
| STATE OF GEORGIA, SARA REVEL, Warden, et al., | ) ) ) ) |
| Respondents. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 17th day of Jan, 2011.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA